THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Erika.Johnson@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| AMIR PIRBADIAN, | ) | No. CV 07-4912 GPS (MANx) |
| Plaintiffs, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| JANE ARELLANO, DISTRICT DIRECTOR OF THE LOS ANGELES OFFICE OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), et al. | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear it own costs.

DATED: 2/22/08

_____
HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE